**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-287-DLB**

**CLEVENS LHERISSE** **PETITIONER**

**v.** **MEMORANDUM ORDER**

**JASON MAYDAK** **RESPONDENT**

* * * * * * * * * * * * * * * *

This matter is before the Court on Petitioner Clevens Lherisse's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1) and Motion for Expedited Individualized Bond Hearing (Doc. # 3). Petitioner argues that he has been detained since August 3, 2025, at the Boone County Detention Center. (Doc. # 1 at 3). Petitioner now seeks an individualized bond hearing before an Immigration Judge. (*Id*. at 5; *see also* Doc. # 3 at 2).

In filing his Motions, Petitioner named only Jailer Jason Maydak as a Respondent. In his Response, Maydak states that this matter should be dismissed because he "does not have the authority to provide a bond hearing before an immigration judge." (Doc. # 5 at 2). The Court agrees. While this Court has previously held that a jailer is a proper respondent in a habeas action (*See Singh v. Lyons*, No. 26-172, 2026 WL 1298530, at *2 (E.D. Ky. May 12, 2026)), there is "[n]othing . . . [that] suggests that the warden of a detention facility has any power to release Petitioner without a directive from [the acting Field Office Director]." *Cervantes-Munoz v. Raycraft*, No. 26-10661, 2026 WL 103132, at *4 (E.D. Mich. Apr. 16, 2026). Indeed, a warden "has no involvement whatsoever in a

bond hearing, nor does the warden of the facility have the power to provide one[.]" *Id*. Because the relief that Petitioner is seeking is an individualized bond hearing, and Respondent Maydak does not have the authority to provide Petitioner with that relief, Petitioner's Motions will be denied without prejudice, with the option to refile. *See id*. ("Any action taken by the warden as to Petitioner would be at the sole direction of Raycraft; Petitioner is seeking release from federal custody and only a federal respondent can release him.").

Accordingly, for the reasons stated herein,

**IT IS ORDERED** that Lherisse's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1) and Motion for Expedited Individualized Bond Hearing (Doc. # 3) are hereby **DENIED**.

This 14th day of August, 2026.

**Signed By:**
***David L. Bunning***
**Chief United States District Judge**